# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

United States of America

        **v.**

**APPEARANCE**

Christopher Sinclair

**08 MAG 187**

Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for: Christopher Sinclair

    I certify that I am admitted to practice in this court.

Date: 3/4/08

        s/_____

        Eric M. Sears
        61 Broadway, Suite 1601
        New York, NY  10006

        Tel. 212-252-8560
        Fax 212-267-3024
        Cell: 917-929-2096
        Email: emsearsesq@aol.com